Danilo Igtanloc
2370 Tamalpais Ave.
Brentwood, CA. 95413
Phone (925) 642-9065
Defendant in Propria. Persona.

E-filing
FILED
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR JPM ALT 2006-A1<br><br>Plaintiff;<br><br>VS.<br><br>DANILO IGTANLOC and DOES 1 through 100 Inclusive;<br><br>Defendants | CASE NO. C08-03822<br><br>**NOTICE OF FILING PETITION FOR REMOVAL**<br><br>28 USC 1446(e), FRCP 81(c)<br><br>State Case No. 08-1692 |

TO:   Earl R. Wallace, Esq.
      Ruzicka & Wallace, LLP
      16520 Bake Parkway, Suite 280
      Irvine, CA. 92618

Attorneys for Plaintiff US Bank, National Association as Trustee for JPM ALT 2006-A1

PLEASE TAKE NOTICE that on August _____, 2008, Danilo Igtanloc, Defendant in the above-entitled action, filed a Petition for Removal, copies of which are attached hereto, of the above-entitled action to the United States District Court for the Central District of California

YOU ARE ALSO ADVISED that Defendant, on filing such Petition for Removal in the office of the Clerk of the United States District Court for the Northern District of California, also filed copies thereof with the Clerk of the Superior Court to effect removal pursuant to 28 USC 1446(d)

DATED Aug. 11, 2008

_____
Danilo Igtanloc

---
Petition for Removal and Notice of Removal