**UNITED STATES DISTRICT COURT**

**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                      General Court Number
Clerk                                                                              510.637.3530

August 13, 2008

Superior Court of California
Contra Costa County
45 Civic Avenue
Pittsburg, CA 94565

RE:  CV 08-03822 CW     US BANK-v-DANILO IGTANLOC
         **Your Case Number: (PS 08-1692)**

Dear Clerk,

        Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

                    (X)     Certified copies of docket entries

                    (X)     Certified copies of Remand Order

                    ()      Other

        Please acknowledge receipt of the above documents on the attached copy of this letter.

                              Sincerely,

                              RICHARD W. WIEKING, Clerk

                              *Clara Pierce*

                              by:  Clara Pierce
                              Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg